**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT A. BURR,<br><br>Plaintiff,<br><br>v.<br><br>FEDCHEX RECOVERY, LLC d/b/a FCR COLLECTION SERVICES,<br><br>Defendant. | Case No. **8:21-cv-01396-CJC-DFM**<br><br>**PROPOSED ORDER** |

Plaintiff, WYATT A. BURR, by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court his Motion to Extend Deadline to File Dismissal Documents and the Court having reviewed same, hereby ORDERED.

1. Parties shall have until February 14, 2022 to file their dismissal documents.

Dated: _____

/s/_____
Judge, U.S. District Court

1